The court acknowledges the Notice of Voluntary Dismissal without Prejudice, Dkt. [6]. The Clerk is DIRECTED to close this case on the docket.
JPH, 8/25/2026.
Distribution via ECF.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

-------------------------------------------------------------- x

**JAVOKHIR JURAKULOV,**

Petitioner,

v. Civil Action No. 2:26-cv-00544

**BRISON SWEARINGEN et al.,**

Respondents.

-------------------------------------------------------------- x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Javokhir Jurakulov, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action **without prejudice**.

Respondents have not served an answer or a motion for summary judgment. Accordingly, dismissal is effective upon the filing of this Notice without further order of the Court.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Vano I. Haroutunian*
Vano I. Haroutunian, Esq.
New York State Bar No. 4226239
Ballon Stoll P.C.
1675 Broadway, 14th Floor
New York, New York 10019
(212) 575-7900 Ext. 3285
vharoutunian@ballonstoll.com

*Attorney for Petitioner*